UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:16-cv-1868-EFB P |
| Petitioner, | |
| v. | ORDER |
| SHASTA COUNTY, | |
| Respondent. | |

Petitioner is a county inmate without counsel.  This action was opened when he filed a "petition for writ of habeas corpus" concerning the "denial of civil rights."  It is not clear from this initial filing whether he intended to file an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 or a civil rights complaint pursuant to 42 U.S.C. § 1983.  In addition, petitioner has not filed an in forma pauperis application or paid the required filing fee ($5.00 for a habeas action; $400 for a civil action).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  To proceed with this action, petitioner must pay the required filing fee or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court is directed to send petitioner the court's forms for an application for writ of habeas corpus and for a civil rights complaint pursuant to 42 U.S.C.§ 1983.

1          2. Petitioner may file either a petition for writ of habeas corpus or a civil rights complaint
2             within 30 days of the date of this order.  If petitioner elects to proceed on his initial
3             filing, the court will construe it as an application for writ of habeas corpus pursuant to
4             28 U.S.C. § 2254.
5          3. The Clerk of the Court is directed to mail to plaintiff a form application for leave to
6             proceed in forma pauperis.
7          4. Petitioner has 30 days from the date of service of this order to submit either the filing
8             fee or the application required by § 1915(a).
9          5. Failure to comply with this order will result in dismissal of this action.

10   DATED: August 16, 2016.

            _____
            EDMUND F. BRENNAN
            UNITED STATES MAGISTRATE JUDGE