UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:16-cv-1868-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| SHASTA COUNTY, | |
| Respondent. | |

Petitioner is a county inmate without counsel. In the instant petition, he challenges proceedings in the Shasta County Superior Court, case number15F5736, as they relate to charges against him for making criminal threats in violation of California Penal Code section 422.

Court records reflect that petitioner is presently challenging the same proceedings in an earlier filed action, which remains pending. *Gibbs v. Attorney General of California*, 2:16-cv-1629-JAM-DB (E.D. Cal.). It is established that if a new petition is filed when a previous habeas petition is still pending before the district court without a decision having been rendered, then the new petition should be construed as a motion to amend the pending petition. *Woods v. Carey*, 525 F.3d 886, 888 (9th Cir. 2008). Accordingly, the petition filed in the instant action should be construed as a motion to amend the initial petition, and filed in 2:16-cv-1629-JAM-DB. *Woods*, 525 F.3d at 888.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The August 8, 2016 petition (ECF No. 1) should be construed as a motion to amend and filed in petitioner's initial habeas action, 2:16-cv-1629-JAM-DB; and

2. The Clerk of the Court is directed to file the petition (ECF No. 1) as a motion to amend in Case No. 2:16-cv-1629-JAM-DB, and to terminate this action and all outstanding motions.

DATED: October 3, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE